**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOEY WAYNE DORAN,<br><br>    Defendant. | **No. 05-CR-4118-DEO**<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On November 15, 2005, a 1 Count Indictment (Docket No. 1) was returned against defendant Joey Wayne Doran. Count 1 of that Indictment charges that the defendant, Joey Wayne Doran, on or about April 27, 2005, in the Northern District Of Iowa, then being an unlawful user of a controlled substance, to-wit: marijuana, did knowingly possess ammunition, to-wit: Winchester and CCI .22 caliber ammunition, which had been shipped and transported in interstate or foreign commerce. This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

On January 25, 2006, defendant Joey Wayne Doran appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment. On the same date, United States Magistrate Judge Zoss filed a Report and

Recommendation (Docket No. 23, 01/25/2006) in which he recommends that defendant Joey Wayne Doran's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Joey Wayne Doran's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific

> written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them. Therefore, the Court accepts Judge Zoss's Report and Recommendation (Docket No. 23), and accepts defendant Joey Wayne Doran's plea of guilty in this case to Count 1 of Indictment filed on November 15, 2005.

**IT IS SO ORDERED** this 30th day of March, 2006.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa